UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE DUGAN LAW FIRM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-01106** |
| **KURTZMAN CARSON CONSULTANTS, LLC** | **SECTION "B"(4)** |

## ORDER

In view of the plaintiff's recently filed "First Amended Complaint" (Rec. Doc. 27), which removed Kurtzman Carson Consultants, LLC as a defendant and name KCC Class Action Services, LLC as defendant in place of the former entity per plaintiff's motion (Rec. Doc. 23),

**IT IS ORDERED** that Kurtzman Carson Consultants, LLC's pending "Motion to Dismiss Pursuant to Rule 12(b)(6)" (Rec. Doc. 12) is **DISMISSED AS MOOT.**

New Orleans, Louisiana this 23rd day of September, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE