UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**THE DUGAN LAW FIRM,**                          **CIVIL ACTION**
**A PROFESSIONAL LAW CORPORATION**

**VERSUS**                                                         **NO. 21-1106**

**KURTZMAN CARSON CONSULTANTS, LLC**        **SECTION "B"(4)**

## ORDER

Considering plaintiff and counter-defendant DLF, and defendant and counter–claimant KCC's joint motion to continue deadline to file motions in limine regarding the admissibility of expert testimony (Rec. Doc. 102),

Fed. R. Civ. P. 16(b)(4) requires good cause and the judge's consent to modify a scheduling order. *See also Squyres v. Heico Companies, L.L.C.*, 782 F.3d 224, 237 (5th Cir. 2015) (quoting *Meaux Surface Prot., Inc. v. Folgeman*, 607 F.3d 161, 167 (5th Cir. 2010)) (noting four factors for good cause under Rule 16). Surprisingly, parties state "[d]ue to the voluminous and time-consuming nature of the document production process, the parties are still reviewing documents to be produced and have not yet been able to turn to the next phase of inter-party discovery – the taking of depositions of fact and expert witnesses." Rec. Doc. 102 at 2. As relief, parties seek a four-week extension of **only** the filing deadline for motions in limine that challenge the admissibility of expert witness evidence. *Id.*

1

**IT IS ORDERED** that the motion is **GRANTED**. The previous deadline for motions in limine regarding the admissibility of expert testimony of March 29, 2023 is hereby **CONTINUED**. All motions in limine regarding the admissibility of expert testimony, only, shall be filed <u>**no later than Tuesday, April 11, 2023**</u>. Responsive pleading to the above, if any, shall be filed <u>**no later than Tuesday, April 18, 2023**</u>. **All other deadlines shall remain consistent with the scheduling order (Rec. Doc. 71). Parties are reminded that expert evidence that offers legal or common sense conclusions, confusing or other opinions that invade the province on the fact-finder will be subject to exclusion.**

New Orleans, Louisiana this 23rd day of January, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE