```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **THE DUGAN LAW FIRM,**<br>**A PROFESSIONAL LAW CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1106** |
| **KURTZMAN CARSON CONSULTANTS, LLC** | **SECTION "B"(4)** |

## ORDER

Considering plaintiff/counter-claim defendant The Dugan Law Firm and defendant/counter-claim plaintiff KCC Class Action Services, LLC's joint motion to dismiss with prejudice (Rec. Doc. 149),

**IT IS ORDERED** that the motion is **GRANTED** in view of the representation that "the parties have resolved all of their disputes in this matter." Rec. Doc. 149 at 1. Accordingly, all of each party's claims against the other are hereby **DISMISSED with prejudice**, each party to bear its own costs, expenses, and attorneys' fees.

New Orleans, Louisiana this 28th day of April, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE